# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

In re: Crystal Oliveira and Peter Oliveira                              BK No: 1:15-bk-10650

　　　　　Debtor(s)                                                           Chapter: 13

## ORDER re: STATUS HEARING ON LOSS MITIGATION
**(this relates to *Doc. #* 20    )**

The Court, having held a status hearing on loss mitigation on 7/01/15    , at which counsel for the Debtor(s) and Wells Fargo Bank, N.A.    (the "Lender") appeared; and by agreement of the parties,

IT IS HEREBY ORDERED that the following checked paragraphs are applicable:

☐ 1. All communications shall be conducted between counsel for the parties.

☐ 2. The Lender shall, by email or written correspondence, provide counsel for the Debtor(s) with _____ by _____.

☐ 3. The Debtor(s) shall provide counsel for the Lender with _____ by _____ .

☐ 4. The Lender shall, by _____, conduct a preliminary review of the information submitted by the Debtor(s) and provide counsel for the Debtor(s) with a list of any further information it requires, including a list of any documents previously submitted by the Debtor(s) that the Lender anticipates will need to be updated within the next thirty (30) days (the "Additional Information Request"). The Debtor(s) shall fully respond to any Additional Information Request within _____ days after receiving the same from the Lender.

✔ 5. The Lender shall, by email or written correspondence, provide the Debtor(s) with a final determination regarding the Debtor(s)' loan modification application by 7/31/15    .

✔ 6. In lieu of a status report, a continued status hearing on loss mitigation will be held on Tues. 8/4/15 at 10:00 AM .

☐ 7. Other Comments:

*/s/Diane Finkle*

U.S. Bankruptcy Judge

Date Entered: 07/01/2015